**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 09-cv-0634-MJR** |
| | ) | |
| **ONE 2007 FORD RANGER,** | ) | |
| **VIN: 1FTYR10D57PA89969, WITH ALL** | ) | |
| **ACCESSORIES, ATTACHMENTS AND** | ) | |
| **COMPONENTS THEREON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**JUDGMENT AND DECREE FOR FORFEITURE**</u>

**REAGAN, District Judge:**

On August 21, 2009, the United States filed Verified Complaint for Forfeiture of

Defendant property, more fully described as

> **One 2007 Ford Ranger Truck, VIN: 1FTYR10D57PA89969, with all accessories,
> attachments and components thereon.**

The Complaint alleges that this property constitutes a conveyance which was used or intended to be

used, to transport, or in any manner to facilitate the transportation, sale, receipt, possession or

concealment of a controlled substance, and, as such, is subject to forfeiture to the United States

pursuant to 21 U.S.C. § 881(a)(4).

It appears that process was fully issued in this action and returned according to law.

Pursuant to a warrant of arrest issued by this Court, the United States Marshal for this District seized

the property on September 30, 2009.  Notice of this action was published on an official government

website (www.forfeiture.gov) for at least 30 consecutive days, beginning September 3, 2009.

On the United States's motion, the Clerk of Court entered default against Paris R.

McDonald, Johnette McDonald and all interested parties in the above-entitled action on January 28,

2010, in accordance with Rule 55 of the Federal Rules of Civil Procedure (Doc. 8).  On February 8, 2010, the United States moved for judgment and decree of forfeiture against the defaulted defendants (Doc. 10).

For the foregoing reasons, the Court **GRANTS** the United States's motion for Judgment and Decree of Forfeiture (Doc. 10).  The property, more fully described as

**One 2007 Ford Ranger Truck, VIN: 1FTYR10D57PA89969, with all accessories, attachments and components thereon**

is hereby ordered forfeited to the United States of America, and no right, title or interest in the property shall exist in any other party.  The defendant property shall be disposed of according to law by the United States Marshal.  The Clerk of Court shall enter judgment in favor of the United States of America, and against One 2007 Ford Ranger Truck, as described above.

**IT IS SO ORDERED.**

**DATED this 9th day of February, 2010**

**s/Michael J. Reagan**
**MICHAEL J. REAGAN**
**United States District Judge**